UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 08-105 (KSH) |
| **RASHAWN SUMLER** | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendant RASHAWN SUMLER, (Lisa Mack, AFPD, appearing) having been charged with a violation of 18 U.S.C. Section 922(g)(1), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from May 5, 2008 through June 23, 2008, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this    day of April 2008,

ORDERED that this action be, and it hereby is, continued from May 5, 2008, through June 23, 2008.

IT IS FURTHER ORDERED that the period from May 5, 2008 through June 23, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection dated February 28, 2008 is hereby amended so that defendant's motions are due **May 15, 2008**; the Government's opposition is due **May 30, 2008**; argument on the motions to be heard **June 12, 2008** and trial to commence **June 23, 2008.**

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE