UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 08-105 (KSH) |
| **RASHAWN SUMLER** | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendant RASHAWN SUMLER, (Lisa Mack, AFPD, appearing) having been charged with a violation of 21 U.S.C. Section 841, 18 U.S.C. Section 924 and 922(g)(1), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from July 25, 2008 through December 2, 2008, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this ___ day of July, 2008,

ORDERED that this action be, and it hereby is, continued from July 25, 2008 through December 2, 2008

IT IS FURTHER ORDERED that the period from July 25, 2008 through December 2, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection dated July 16, 2008 is hereby amended so that; the Government's opposition to defendant's motions which were filed on July 24, 2008 is due **August 15, 2008**; argument on the motions to be heard **November 18, 2008** and trial to commence **December 2, 2008.**

 

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE