IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :
                                  :
          v.                      :          Crim. No. 08-105 (KSH)
                                  :
                                  :          ORDER GRANTING
RASHAWN SUMLER,                   :          MOTION TO COMPEL
                                  :
          Defendant.              :

---

**ORDER**

---

AND NOW, this 17th day of November, 2008, upon consideration of Defendant

Rashawn Sumler's Motion to Compel *Brady* and Impeachment Evidence, and following

a status conference on November 17, 2008, at which all parties were heard, it is hereby

ORDERED that this Motion is GRANTED.  It is further ORDERED that the Government

is to produce any and all outstanding impeachment and exculpatory materials on or

~~before December 1, 2008.~~ a date to be set after new counsel has received

the file. A conference call respecting

scheduling of

remaining

discovery issues

is set down for

_____
Katharine S. Hayden
United States District Court Judge

November 25 _____, 2008 at 12:30.

Katharine Hayden
UCAT