UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08-105 (KSH) |
| v. | : | ORDER |
| RASHAWN SUMLER | : | |

Defendant having moved, on or about July 24, 2008, to compel impeachment material (Docket Nos. 12 & 13), which the Government opposed on or about August 14, 2008 (Docket No. 15),

IT IS HEREBY ORDERED that defendant's motion is DENIED AS MOOT pursuant to the parties' agreement;

IT IS FURTHER ORDERED that the Court's prior Order regarding same, filed November 24, 2008, be and hereby is VACATED. The Clerk of the Court shall amend the docket accordingly.

/s/ Katharine S. Hayden
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE