UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America<br><br>v.<br><br><br>Rashawn Sumler,<br>    Defendant. | Criminal Action No.08-105   (KSH)<br><br><br>**ORDER** |

**The Court has issued the following trial schedule**:

Trial will commence on April 21, 2009 at 9:00 a.m.

Pretrial conference will be held on April 8, 2009 at 10:00 a.m.

Status conference will be held on March 3, 2009 at 4:00 p.m.

  **SO ORDERED**.

             /s/Katharine S. Hayden
             KATHARINE S. HAYDEN
             United States District Judge